**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Eco Sourcing, Inc., | Case No. 22-cv-6863 |
| Plaintiff, | Judge Jorge L. Alonso |
| v. | |
| Does 1-441, as identified in Exhibit 2, | |
| Defendants. | |

## **Final Default Judgment Order**

This action having been commenced by Plaintiff, Eco Sourcing, Inc. ("Plaintiff"), against the defendants operating the websites/webstores identified on Exhibit 2 of Plaintiff's Complaint (collectively, the "Infringing Webstores") (Docket # 2-1 through 2-16), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, the "Defaulting Defendants") (Docket Nos. 33, 34).

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's design patent. Plaintiff's design patent is shown below:

| Patent No. | Title | Design |
|---|---|---|
| D949,500 | Sweeper Having Plastic Blade for Sweeping Water and Dust | FIG. 3  |

(hereafter "the Sweeper Design").

The Court further finds that the Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271). Specifically, this Court finds that the Sweeper Design is valid and enforceable and that the Defaulting Defendants have infringed the claim of the Sweeper Design.

2

The Court further finds that the Defaulting Defendants have willfully infringed the Sweeper Design. In particular, the Defaulting Defendants have exactly copied Plaintiff's patented product. The Defaulting Defendants have also attempted to hide their misconduct from Plaintiff by using aliases and taking efforts to conceal their identities. The actions of the Defaulting Defendants subjectively establish that their conduct is egregious, willful, wanton, malicious, and deliberate.

Accordingly, the Court orders that Plaintiff's motion for default judgment is granted as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Sweeper Design or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Sweeper Design;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Sweeper Design;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bears the Sweeper Design, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' ecommerce platform providers, including, without limitation, any online marketplace platforms such as Amazon, eBay, DHGate, Paypal, and Wish (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Sweeper Design; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Sweeper Design or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Sweeper Design.

4

3.  Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Sweeper Design.

4.  Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for infringement of the Sweeper Design through at least the Defaulting Defendants' sale of infringing products through the Infringing Webstores according to the below chart:

| Doe # | Merchant Name | Email | Damages Award |
|---|---|---|---|
| 1 | 3N-Home Garder Store | szsenwei1906@163.com | $889.62 |
| 2 | 520 Houseware Store | talibaogemty@gmail.com | $250.00 |
| 3 | 7 Days of Life Store | opaq@rebuyy.com | $250.00 |
| 4 | A different life Store | yanxikeji83@163.com | $362.66 |
| 5 | A Life Store | robotstaker@163.com | $538.97 |
| 6 | A-Home-Living Store | guichi8511792@163.com | $385.01 |
| 7 | Admirer Store | weipeib2c003@163.com | $884.74 |
| 8 | AGA homeware Store | sheriecebhtlgns@gmail.com | $250.00 |
| 9 | AJ-9527 Store | 958268067@qq.com | $250.00 |
| 10 | Ali HouseWare Store | meijiasaib@126.com | $250.00 |
| 11 | Ali's House Store | measiarnqjpz@gmail.com | $250.00 |
| 12 | Alice Home-Store Store | s974497431@163.com | $250.00 |
| 13 | Aliexpress Dreaming House Store | tanshule@163.com | $1,440.52 |
| 14 | Anthurium andraeanum Store | wangxiaofen668@163.com | $250.00 |
| 15 | Areia Store | 17608735916@163.com | $683.93 |
| 16 | Assembel the house Store Store | gzqiuze1902@163.com | $1,488.73 |
| 17 | Beautifulhome Store | 848527961@qq.com | $2,663.78 |
| 18 | Beedom Store | crex3043@163.com | $402.27 |
| 19 | Besson House Store | clever13042020@aliyun.com | $1,001.75 |
| 20 | Bhousell Store | bono@nb-zkls.com | $250.00 |

| 21 | BITFLY dogood. Store | yinyani2006@hotmail.com | $2,944.90 |
| 22 | Bizarre Tool Shop Store | gzruanqi1904@163.com | $2,091.93 |
| 23 | blessed kitchen Store | 15067069182@163.com | $250.00 |
| 24 | BOM LIFE Store | jingfang20210918@126.com | $250.00 |
| 25 | Breeze serein Store | hsh04@gobuymvp.com | $250.00 |
| 26 | BST Dropshipping Store | eithe123djej@outlook.com | $250.00 |
| 28 | care4you | care4you@126.com | $250.00 |
| 29 | CCO Life Store | liuxuan2524@163.com | $250.00 |
| 30 | Cheapest Store | 2932223141@qq.com | $1,793.09 |
| 31 | Cherrys Bags Store | pifuwedbd1046@126.com | $250.00 |
| 32 | China global merchandise factory Store | hnkrdzsw0929@126.com | $278.10 |
| 33 | China Town Store | zhangjiangliang20@163.com | $250.00 |
| 34 | Choi Homeware Store | szxiezhong1904@163.com | $1,322.36 |
| 35 | cleanhome Official Store | smtcleanhome@all-links.cn | $672.32 |
| 36 | Cleaning series Store | zhanhuanxing2022@163.com | $392.32 |
| 37 | CN 666 tool Store | gzzhoulian1904@163.com | $1,141.11 |
| 38 | Comife Store | abysm3321@163.com | $250.00 |
| 39 | Convenient Life Supermarket 2238 Store | gztaijie1902@163.com | $1,135.48 |
| 40 | COSY HM Store | allen678966@163.com | $250.00 |
| 41 | Crowd Store | nixlj111862@163.com | $320.53 |
| 42 | CY GGM Store | zz15604842218@sohu.com | $502.56 |
| 43 | Daily life is Goods Store | jiseoj01@163.com | $250.00 |
| 44 | Daily necessities123 Store | gzzhurao1904@163.com | $1,131.62 |
| 45 | dealsocean store | xuwenjie102@outlook.com | $2,076.57 |
| 46 | DeamHunter Daily Life Store | zmht03@163.com | $250.00 |
| 47 | Delicate Home-XY Store | huji85223@outlook.com | $440.99 |
| 48 | Don t forget me Store | 786544018@qq.com | $250.00 |
| 49 | Dream world | kuhllr33165@126.com | $304.78 |
| 51 | Dropshipping Available Store | goodboss24@hotmail.com | $524.13 |
| 52 | Dropshipping/Retail Factory Store | smt@gobuymvp.com | $250.00 |
| 53 | Easeful life Store | f6fuceng@hotmail.com | $250.00 |

| 54 | Eazy House Store | yodi_sure@163.com | $4,448.34 |
| 55 | Embrace the Future Store | 272521925@qq.com | $250.00 |
| 56 | Environmentally19 Store | tbu18318@163.com | $250.00 |
| 57 | Eshop Worldwide Store | 2038898125@qq.com | $573.31 |
| 58 | Essential Life Store | zxncxnmmlf6@163.com | $315.57 |
| 59 | EZ Housework Store | zhenshishenfen@outlook.com | $250.00 |
| 60 | EZlifego Store | yuefu07@outlook.com | $274.18 |
| 61 | Fanomic Store | sanshjj@163.com | $250.00 |
| 62 | Fashion Global Home Store | jiujiajiu6666@126.com | $1,492.13 |
| 63 | Fashion Home 01 Store | jiujiajiu8888@126.com | $1,216.98 |
| 64 | Fever 2 Store | minglang0002@163.com | $250.00 |
| 65 | FHOOM Factory Store | k18657787282@126.com | $250.00 |
| 66 | Francisco's commodity Store | honeywine11@hotmail.com | $250.00 |
| 67 | Friends life Store | gzgaghao1901@163.com | $1,177.29 |
| 68 | Friendship housewell Store | nezzle@rebuyy.com | $250.00 |
| 70 | funny life TF Store | scr1248@163.com | $415.43 |
| 71 | Funnyhome Dropship Store | b1175715164@163.com | $250.00 |
| 72 | furniture life Store | wushifang830306@163.com | $250.00 |
| 73 | Gami' Life Store | xjh20201108dm@163.com | $792.82 |
| 74 | genuine1026 Store | kangkang10268231@163.com | $250.00 |
| 75 | gjk000-daily necessities Store | gjk10000@163.com | $595.51 |
| 76 | GLBF Dropship Store | detectivemingyin@126.com | $454.59 |
| 77 | Global Dropshipping Delivery Store | yuanyihaoho2021@163.com | $666.16 |
| 78 | Global Homes lifestyle Store | skybluefeel@outlook.com | $293.53 |
| 79 | Global-Dropshipping Store | mkahie04@163.com | $461.52 |
| 80 | GlobalHome Store | tanqionghui@qq.com | $250.00 |
| 81 | Good Luck Dropshipping Store | 2321177307@qq.com | $1,224.33 |
| 82 | Gooday Easylife Store | petdreamer@126.com | $340.82 |
| 83 | GoodLife Dropshipping Store | alice@szxcxmy.com | $3,239.04 |
| 84 | GoodLiving Store | xianaoque55456nb@126.com | $342.85 |

| 85 | gradiend Store | gradiend@163.com | $527.91 |
| 86 | Halojaju Global Store | wuzuanbing0758@163.com | $250.00 |
| 87 | hanbun Store | qulepin3@163.com | $250.00 |
| 88 | Handcraft Painting Store | yzderunxx02@outlook.com | $250.00 |
| 89 | Handicrafts Supplies Store | szqinzhaungxin1901@163.com | $1,399.61 |
| 90 | HaoXiang Store | smtac005@163.com | $250.00 |
| 91 | Happiness Life Store Store | oldstein@163.com | $472.01 |
| 92 | Happiness Pig's House Store | yunqiexian43@163.com | $302.03 |
| 93 | HAPPY LIFE SHOP Store | xinggainian005@126.com | $1,624.78 |
| 94 | Healthy Living Hall Store | ow6gf1dv3fuu@126.com | $251.38 |
| 95 | Hexi Life Tool Store | dhcbew@outlook.com | $250.00 |
| 96 | HF&Life Store | m17769934717@163.com | $250.00 |
| 97 | HG08 Store | zoj03468@163.com | $359.94 |
| 98 | HM-Warm Store | zthdmsmt48@163.com | $270.96 |
| 99 | HOEADEN Store | qcp098616@163.com | $356.88 |
| 101 | home home home Store | home202213@163.com | $590.26 |
| 102 | HomeMuseum Store | cuduidao3972@163.com | $398.68 |
| 103 | HomeSmarter Store | 84638988@qq.com | $250.00 |
| 104 | HomeStuff 666 Store | xinggainian006@126.com | $1,641.29 |
| 105 | HomeSupplies Drop Shipping Store | bowheyaryaxaq@gmail.com | $267.25 |
| 106 | House & Love Store | 849923860@qq.com | $5,050.96 |
| 107 | HOUSE HAPPIER Store | e5fuceng@hotmail.com | $250.00 |
| 108 | House Sum Life Store | tisan3c03@126.com | $1,029.01 |
| 109 | household 0907 Store | szfanchen1902@163.com | $1,698.48 |
| 110 | Household-Dropshipping Store | gzyangjin1904@163.com | $1,082.09 |
| 111 | Hunter House Store | cn1521457112dttd@hotmail.com | $250.00 |
| 112 | HXIN Dropshipping Store | vdhvda@sina.com | $250.00 |
| 113 | Ivy Day Day Up Store | szsenxinlong003@163.com | $1,537.62 |
| 114 | janice'ssupermarket Store | luisjosesymcoth@gmail.com | $350.73 |
| 115 | JRD Tool Store | szjingruida004@163.com | $1,052.33 |

| 116 | JusendaBeyond Lifestyle Store | jusendahome@outlook.com | $376.78 |
| 117 | jusendaofficial Store | jusendaofficial@outlook.com | $250.00 |
| 118 | Jx's Art Residence Store | pilipala48@outlook.com | $356.78 |
| 119 | JZLL616 Store | szpuyoujia1902@163.com | $1,119.68 |
| 120 | Kaneki Store | dfief01@163.com | $250.00 |
| 121 | Kaxiong Store | 3305581733@qq.com | $574.82 |
| 122 | Konesky S House Assistant Store | jenson98cn@163.com | $633.77 |
| 123 | LazyWing Store | 89420678@qq.com | $278.81 |
| 125 | Le An Ju Store | 15606992012@wo.cn | $1,230.60 |
| 126 | Leek House Store | minglangkeji65@163.com | $419.40 |
| 127 | Lemon Best LED Lighting Co.,Ltd | eileen1cn@163.com | $286.20 |
| 128 | Life Manual Store | fahfdsa@outlook.com | $386.20 |
| 129 | Life-M Store | sgq45160@163.com | $318.94 |
| 130 | Lifelike Store | fmengda@21cn.com | $250.00 |
| 131 | Lilisnow Life Store | zhangjiangliang10@163.com | $250.00 |
| 132 | Lisa Store Store | 355154067@qq.com | $250.00 |
| 133 | Little stars 80 Store | csw19861126@163.com | $284.82 |
| 134 | Lovely home, Sweet life | winterming003@gmail.com | $250.00 |
| 135 | Luckys House Store | rolinda@rebuyy.com | $250.00 |
| 136 | LYWS Store | qinghehome3@163.com | $1,532.39 |
| 137 | Magic bid slow life Store | cxxwjj2d@163.com | $250.00 |
| 138 | Magic Whale Store | yodi_sure@foxmail.com | $2,482.21 |
| 139 | Magic whlale Dropshipping Store | nanoclothes@163.com | $393.19 |
| 140 | Magical-Home Store | ztshengyan1@163.com | $490.04 |
| 141 | Magical-kitchen Store | zhiqiangshengyan@163.com | $359.91 |
| 142 | MAREASTELEOR CreativeLife Store | MarkethubZzz@outlook.com | $374.93 |
| 143 | MAREASTELEOR Official Store | mareasteleor@126.com | $250.00 |
| 144 | MAREASTELEOR Store | MAREASTELEOR@163.com | $294.46 |
| 145 | Markethub Store | andyzhong100@126.com | $731.28 |
| 146 | May Shops Store | lin10190000lin@163.com | $402.86 |
| 147 | May's wholesale store | akxqda75923@163.com | $5,259.73 |
| 148 | Measuring Tool IM Store | gzweiqiao1901@163.com | $796.02 |
| 149 | Mi home like Store | qzanmu2022@163.com | $250.00 |

| 150 | MI Youpin Pets Store | 3023266846@qq.com | $1,840.93 |
|---|---|---|---|
| 151 | Mintiml Life Store | mintimlstore2@heippy.com | $250.00 |
| 152 | Mo Zhou Store | bfxmy11@163.com | $250.00 |
| 153 | Mr. Good's shop Store | maifawangluo02@sina.com | $250.00 |
| 154 | Mr. Tool Dropship Store | fanglinman4@outlook.com | $316.15 |
| 155 | Mr. TOOl Store | yilvzhinian@hotmail.com | $250.00 |
| 156 | Mu Chaike Win Store | chailipan880812@163.com | $250.00 |
| 157 | MY Wonnabuy Store | wzy1262@126.com | $1,392.44 |
| 158 | NCJusenda Lifestyle Store | yolanda824@hotmail.com | $287.25 |
| 159 | New Day Home-Life Store | joannbvkplo@gmail.com | $275.83 |
| 160 | New life 88 Store | 2132390948@qq.com | $1,264.96 |
| 161 | NicoNico Store | yanxikeji46@163.com | $324.55 |
| 162 | Noventy Store | 2403249272@qq.com | $250.00 |
| 163 | ome Store | lian6879sun@163.com | $348.50 |
| 164 | OneTree Store | rili89@outlook.com | $418.73 |
| 165 | OOTD HOUSE Store | szxiaosheng1901@163.com | $1,160.13 |
| 166 | PandaFamily Dropshipping Pro Store | zhaoniuniuu@outlook.com | $318.94 |
| 167 | Papa Bingbing Store | costellrmxzcn@gmail.com | $250.00 |
| 168 | PGY Official Store | fangqingzhijian02@163.com | $434.63 |
| 169 | QHome668 Store | hnyhsm28@163.com | $250.00 |
| 170 | Quality Living Store | mylovezhengbeibei@126.com | $351.76 |
| 171 | Raindrop shop Store | 2089493646@qq.com | $250.00 |
| 172 | Red stars shine Store | cyl17345520@126.com | $309.23 |
| 173 | RHXBAI Official Store | ruanyixing1030@163.com | $250.00 |
| 174 | RX HOUSE GARDEN Store | beyourselfonproducts45@hotmail.com | $250.00 |
| 175 | Sanny Garden Store | weikaib2c024@qq.com | $2,301.04 |
| 176 | Scret Garden Store | 1127789283@qq.com | $250.00 |
| 177 | SElune Store | 252320350@qq.com | $250.00 |
| 178 | SGATE Exquisite Life Store | closser_2019@qq.com | $250.00 |
| 179 | Shibao Kitchen and Pets Products Store | shibaodianshang@163.com | $250.00 |
| 180 | Shimi Homen Store | dtairun@outlook.com | $250.00 |
| 181 | SHome improvement Store | gzjiangang1901@163.com | $1,159.83 |
| 182 | shop as you pleases Store | pumeng_202103@163.com | $250.00 |

| 183 | SHOP IVAN Store | jack20220225@163.com | $250.00 |
| 184 | Shop1100316120 Store | LX541853240@126.com | $250.00 |
| 185 | Shop1100335011 Store | badadianzi006@163.com | $250.00 |
| 186 | Shop1100351304 Store | 3553582212@qq.com | $250.00 |
| 187 | Shop1100390353 Store | 3551609971@qq.com | $250.00 |
| 188 | Shop1102058388 Store | 907916481@qq.com | $321.92 |
| 189 | Shop1102086107 Store | nz4649938zheping@163.com | $250.00 |
| 190 | Shop1102086442 Store | cxg0503@163.com | $250.00 |
| 191 | Shop31936 Store | szhebeitong1902@163.com | $1,052.77 |
| 192 | Shop4991603 Store | mondayli2021@outlook.com | $288.46 |
| 195 | Shop5586036 Store | mgznl5052aoh@163.com | $293.60 |
| 196 | Shop5661709 Store | szq601072501@163.com | $250.00 |
| 197 | Shop5717114 Store | dfsaq2@163.com | $349.77 |
| 198 | Shop5791696 Store | szq601072501@126.com | $337.93 |
| 199 | Shop5791698 Store | szq601072501@yeah.net | $1,409.04 |
| 200 | Shop5881304 Store | szq601072501@outlook.com | $406.68 |
| 201 | Shop906671 Store | noveltystore@hotmail.com | $250.00 |
| 202 | Shop910614027 Store | xindan1905@163.com | $1,012.77 |
| 203 | Shop911040053 Store | szyiyuxun1903@163.com | $250.00 |
| 204 | Shop911251357 Store | 260487496@qq.com | $250.00 |
| 205 | Shop911603042 Store | ou18874825321@163.com | $250.00 |
| 206 | Shop912625965 Store | aa15604842218@163.com | $489.06 |
| 207 | Shunxin Dropshipping Store | xinlishun29@gmail.com | $428.77 |
| 208 | Still New Houses Store | smtlgdwlyxgs4@163.com | $1,058.55 |
| 209 | SuperTop Dropship Store | dogbrotherhome@163.com | $943.50 |
| 210 | Surprise Tools Store | xinxiangyin4@hotmail.com | $323.38 |
| 211 | Tooyoo Daily Commodity Store | fuguizhubaba@outlook.com | $250.00 |
| 212 | transportation-up Store | zhilincong4@163.com | $372.36 |
| 213 | TucuxiLove Store | mishuhome@163.com | $279.07 |
| 214 | Twotry Store | 502454736@qq.com | $250.00 |
| 215 | UWEQZX Store | yanxikeji80@163.com | $462.16 |
| 216 | VEKTECH Tool Factory Direct Store | uebcompany@126.com | $250.00 |
| 217 | Vismoore Store | vismooresmt@163.com | $250.00 |
| 218 | VOEAEL Official Store | kappeler02@163.com | $625.57 |
| 219 | Von666 Store | rln784607@163.com | $250.00 |
| 220 | VVIP Life Store | k08378301@163.com | $345.76 |

| 221 | Waffli Official Store | kappeler03@163.com | $250.00 |
| 222 | Warm for you Store | gzyuanjian1901@163.com | $1,473.44 |
| 223 | Warm House Life Store | shaoweironglian@163.com | $582.95 |
| 224 | Warm-Home Decor Drop Shipping Store | d45ua565w5hz@126.com | $331.74 |
| 225 | Warm-Home Drop Shipping Store | goodsell2017@outlook.com | $320.61 |
| 226 | WE WE Store | 3074151756@qq.com | $1,078.11 |
| 227 | Windfall Life Store | allinecommercestore2121@hotmail.com | $307.44 |
| 228 | XGWN Factory Dropshipping Store | xgwanna4@163.com | $250.00 |
| 229 | Xiaomi Home official Store | jbw12356@163.com | $2,614.51 |
| 230 | XingHai 001 Store | xinggainian003@126.com | $891.15 |
| 231 | XO02 Store | zhenglanglang05@163.com | $250.00 |
| 232 | Yibeilife Store | yibeidongguan@163.com | $318.41 |
| 233 | Yocada Official Store | kouzhaodian@all-links.cn | $250.00 |
| 234 | You .Xuan Store | joyment47@163.com | $574.39 |
| 235 | Young Life Store | jiujiajiu88@126.com | $809.64 |
| 237 | Your BestTOOLs Store | gzxuanji1901@163.com | $1,530.18 |
| 238 | Your Residence Assistant Store | joscelynetjveaj@gmail.com | $284.05 |
| 239 | YUM HOUSE Store | manlintx03@163.com | $566.63 |
| 240 | Yuncang Store | smtwt01@163.com | $250.00 |
| 241 | Z&Y Store | szshiyida1901@163.com | $250.00 |
| 242 | Zezzo houseware and tool official Store | baihua03@gobuymvp.com | $250.00 |
| 243 | Zhao Z Store | potential_infinity@163.com | $250.00 |
| 244 | Zoe Decor Store Store | shubazg53@163.com | $451.78 |
| 245 | CADIA ELegance | xichangshi2021@126.com | $250.00 |
| 246 | hexiudian559 | junjuun589@126.com | $10,520.32 |
| 247 | RuiDongDeShangCheng | ruidongvcdbeimei@hotmail.com | $250.00 |
| 248 | Y J FASHOP | yanjianfeng2019jp@hotmail.com | $4,384.04 |
| 249 | B2b_beautiful | 3169312216@qq.com | $250.00 |
| 250 | Bingdundun | year@bde.net.cn | $250.00 |
| 251 | christmas ornaments | 493103334@qq.com | $250.00 |
| 252 | DHgate Recommended Store | 2324618955@qq.com | $250.00 |
| 253 | Hx2020 | lihaomx@foxmail.com | $314.41 |
| 254 | Ifxo | cheapecig@126.com | $250.00 |

| 255 | liangjingjing_no1 | jinjin.shuai@qq.com | $1,997.89 |
| 256 | liangjingjing_no3 Store | jinjin.shuai@qq.com | $3,697.29 |
| 257 | liangjingjing_socks Store | 15356917167@163.com | $1,237.73 |
| 258 | Lixin2018 | 2544714848@qq.com | $264.14 |
| 259 | Lovestore0830 | Lucassun@babyonlinedress.cn | $1,270.46 |
| 260 | Mr_auto | 15669560135@163.com | $250.00 |
| 261 | Mr_cars | 15669560135@163.com | $498.40 |
| 262 | Niao10 | dhziniao@163.com | $250.00 |
| 263 | Nsmtf0a | nsdielianhua@outlook.com | $250.00 |
| 264 | Omn006 | 481756198@qq.com | $250.00 |
| 265 | Sd002 | 3209747955@qq.com | $250.00 |
| 266 | Sd003 | 3209747955@qq.com | $2,547.29 |
| 267 | Sd007 | 271793465@qq.com | $428.20 |
| 268 | Trad187 | 3247989784@qq.com | $250.00 |
| 269 | Trustseller_02 | lichunxing1992@163.com | $250.00 |
| 271 | 9-store | aurtrxxj@gmail.com | $250.00 |
| 273 | aftzg773 | aftzg7721fzq@163.com | $250.00 |
| 274 | anjing.jgarden | chuwazipet95391@163.com | $250.00 |
| 275 | aosha_80 | aoshanmu205@163.com | $250.00 |
| 278 | atk_cart | amaltharanga2208@gmail.com | $250.00 |
| 279 | avhamaw0 | avivahamawicobe@gmail.com | $250.00 |
| 280 | avifern-80 | avishkafe632@gmail.com | $250.00 |
| 281 | aw-store_0 | awstore80@gmail.com | $250.00 |
| 282 | bestnewlife | sdgoodvoice3@163.com | $2,377.89 |
| 284 | bigdealz_2 | madusankabs125@gmail.com | $250.00 |
| 285 | blue_husky_stores | blue.husky.stores@gmail.com | $250.00 |
| 286 | bpvll9 | bpvll924ydp@163.com | $250.00 |
| 287 | buysafety | sobolevskij91@mail.ru | $250.00 |
| 288 | ceylon_plaza16 | ceylonplaza16@gmail.com | $250.00 |
| 289 | chaawi_store | chathuraabiman11@gmail.com | $250.00 |
| 290 | chanuh31 | chanuhashan85@gmail.com | $250.00 |
| 292 | cleobella_online | cleobellaonlinestore@gmail.com | $250.00 |
| 293 | congta-90 | congtanque205@163.com | $250.00 |
| 294 | dessank269 | sankadeshan1@gmail.com | $250.00 |
| 295 | dfdiqi05 | dfqi0748962@163.com | $250.00 |
| 296 | dhamfern63 | sadunkasun671@gmail.com | $250.00 |
| 297 | dilsha88-418 | dilshanwelgama88@gmail.com | $250.00 |
| 299 | dp_outdoor | myebay.damith@gmail.com | $250.00 |

| 300 | dra.582 | draonlinebusi@gmail.com | $250.00 |
| 301 | dushmban_0 | ceylonid9002@gmail.com | $250.00 |
| 303 | enuoyan2 | yenuoyan2599@163.com | $411.67 |
| 304 | equickmart | edenadir145@gmail.com | $250.00 |
| 305 | eshop2may | shop2may@gmail.com | $257.79 |
| 306 | eugiftdirectoy | giftdirectoy@163.com | $459.62 |
| 307 | family_yazi | renhanping043@163.com | $250.00 |
| 308 | fancy_storesl | fancysl.store@gmail.com | $250.00 |
| 310 | fasxxx | liyaoping88@outlook.com | $910.63 |
| 311 | firsttop20 | firsttop2020@163.com | $1,274.41 |
| 312 | focus_on_mall | focusonmall110@hotmail.com | $250.00 |
| 314 | future_mart22 | chathuramalindu@gmail.com | $250.00 |
| 315 | gantak | win3may@gmail.com | $250.00 |
| 316 | getmore-store | nuwangeethaka1234@gmail.com | $250.00 |
| 317 | goodies5 | neringapardaveja@gmail.com | $250.00 |
| 318 | gtlifestyle | gtulip.lifestyledesign001@gmail.com | $250.00 |
| 319 | haikouyouyutiandianz0 | xianjianpn2282@163.com | $250.00 |
| 321 | hansi_mart01 | hansimart01@gmail.com | $250.00 |
| 322 | hashis-market | hashi10nawod@gmail.com | $250.00 |
| 323 | heart_thesun | heartothesun137@hotmail.com | $1,989.86 |
| 326 | hettiarachch74 | hettiarachchigeappuhamy96@gmail.com | $250.00 |
| 328 | hihappy626 | hihappy369@outlook.com | $1,157.70 |
| 329 | hk_global | hkglobal1008@gmail.com | $250.00 |
| 330 | huanliu369 | liuhuan25@outlook.com | $382.17 |
| 331 | i-fashion2020 | chanyuqinglian7ku@163.com | $250.00 |
| 332 | ihop59 | ihopeetik@outlook.com | $2,093.14 |
| 333 | inspiration_you | inspirationbyou140@hotmail.com | $1,234.08 |
| 334 | jafvi98 | jafvibes99@gmail.com | $250.00 |
| 335 | jiaoq-92 | jiaoqieke8@163.com | $250.00 |
| 336 | joseph-shop10 | youssef.elazz10@gmail.com | $250.00 |
| 337 | jueying_2 | nmnsgc84447@163.com | $250.00 |
| 338 | kkff_15 | kkffeng18@outlook.com | $1,483.90 |
| 339 | lakhub4u | lakhub4u@gmail.com | $250.00 |
| 340 | lalsudha0 | lalanisudharshani69@gmail.com | $250.00 |
| 341 | langye | langyuan0707@outlook.com | $250.00 |
| 342 | lianjia-wa | zhaijiaozhi884@163.com | $250.00 |
| 343 | lovesh159 | lovesm159@outlook.com | $250.00 |
| 345 | lvllan1989 | lvllan@outlook.com | $250.00 |
| 346 | m.cloud-2 | hongjia7952149494@163.com | $421.00 |

| 348 | mahasumalja0 | belgard.solutions@gmail.com | $250.00 |
| 349 | mallikastores-online | mallikastoresonline@gmail.com | $250.00 |
| 350 | malrav23 | malithravimal2001@gmail.com | $250.00 |
| 351 | merkmak0002 | merkmak002@163.com | $250.00 |
| 352 | mingd7529 | mingdsun12@outlook.com | $1,583.72 |
| 354 | miss_you14 | yeke2712193@163.com | $250.00 |
| 355 | nackas-store | nackas888@outlook.com | $250.00 |
| 356 | nawo_54_0 | storeshamali87@gmail.com | $250.00 |
| 357 | newtoyo-59 | newtoyou.dealz@gmail.com | $250.00 |
| 360 | pitaal8_43 | pitaal8718dpnj@163.com | $250.00 |
| 361 | power-house-store | mfqdl910pdet@163.com | $1,094.37 |
| 362 | power.st2 | powerhouse.marketing.ltd@gmail.com | $250.00 |
| 363 | qitds2019 | qichenxia916@outlook.com | $250.00 |
| 364 | riders_cart | azmat@gsintern.com | $250.00 |
| 365 | sach_online_store | sissamare@gmail.com | $250.00 |
| 366 | sachi-store95 | sachidigitalarts@gmail.com | $250.00 |
| 367 | sajee-onlineshopping | sajeeonlineshopping@gmail.com | $250.00 |
| 368 | samanthchandr0 | vsc.onlinestore01@gmail.com | $250.00 |
| 369 | savan_lk94 | savan.webteam@gmail.com | $250.00 |
| 370 | seems_allgood | seemsallgood135@hotmail.com | $4,991.55 |
| 371 | shang-kb5 | kuianbbdid93418@163.com | $250.00 |
| 372 | shaniri43 | shanthaniriella@gmail.com | $250.00 |
| 373 | shavinda74 | chanirusilva74@gmail.com | $250.00 |
| 374 | shop_me_stores | shopmestores21@gmail.com | $250.00 |
| 375 | shopado | sine6340@gmail.com | $250.00 |
| 378 | simanmerupiy_0 | simanmerupathirana2@gmail.com | $250.00 |
| 379 | sixplusix66 | sixplussixperfect@outlook.com | $5,378.62 |
| 380 | slinkyss68 | slinkyss66@gmail.com | $250.00 |
| 381 | storekrishan01 | storeanura67@gmail.com | $250.00 |
| 382 | sunnyday_april | sunnydayinapril132@outlook.com | $250.00 |
| 383 | sunxiao50 | sunxiaoqing113@outlook.com | $1,415.20 |
| 384 | supu.viran | svirantha@gmail.com | $250.00 |
| 385 | thel5045 | thelastnb@outlook.com | $537.99 |
| 386 | urbaneplaza | ramrox.ad@gmail.com | $250.00 |
| 387 | viraj-28 | vikumrp@gmail.com | $250.00 |
| 388 | w-50kg | qpvhmn@163.com | $250.00 |
| 389 | wasanda-64 | isandaruwan23@yahoo.com | $250.00 |
| 390 | wendyjoe-3 | fqh843877@163.com | $250.00 |
| 391 | wendyjoe-4 | em3015488@163.com | $250.00 |

| 392 | weyiqi | yiqiltd@outlook.com | $552.30 |
| 394 | xlz895 | xlzh16@outlook.com | $250.00 |
| 397 | yitzchaeiche-0 | ncr5016690@gmail.com | $250.00 |
| 398 | yoloday | yolo_days@outlook.com | $250.00 |
| 399 | zeihomegarden | zeihomegardening@163.com | $4,923.34 |
| 400 | ziqiu62 | sunxiaohui866@outlook.com | $4,205.95 |
| 401 | zjz145 | zjz19631@outlook.com | $365.84 |
| 402 | zyyltd_17 | zyyltd4019aoo@163.com | $435.38 |
| 403 | ---Nathaniel K. Vasquez- | ron1896@163.com | $250.00 |
| 404 | Akiras | xavialonso3k@hotmail.com | $250.00 |
| 405 | Armario vitange | vilmarys10@outlook.com | $250.00 |
| 407 | bamboos | ghbvcff@163.com | $250.00 |
| 408 | Barbeblea | bleatse@hotmail.com | $250.00 |
| 409 | Barber Canavero | saavedra.luz@aol.com | $250.00 |
| 410 | caldoin | ceciliasi40@outlook.com | $250.00 |
| 411 | Cheap Cheapness | cc_wish07@126.com | $250.00 |
| 413 | dashenxiaoxiaoxing | 1443515428@qq.com | $250.00 |
| 414 | Decoración nahum | humdre67@hotmail.com | $439.53 |
| 415 | DUyonghui | citny39@163.com | $997.86 |
| 416 | fangyulian6503 | cbbzd77@163.com | $250.00 |
| 417 | Fashion Lemon Store | njyanchunyan@163.com | $250.00 |
| 419 | fibrecorrosion | fibrecorrosion@163.com | $250.00 |
| 420 | foshan dinghan graphic co.,ltd | restal001@163.com | $250.00 |
| 421 | Fun Snap Co.,Limited | zhoujiacui2016@hotmail.com | $485.62 |
| 424 | Household goods | wangdoudian2016@hotmail.com | $250.00 |
| 425 | Igor Car Service | igorcarservice@outlook.com | $250.00 |
| 426 | Kingdetector | qilekeji@outlook.com | $250.00 |
| 427 | ksdoirokr | xingguan683674qi@163.com | $2,979.78 |
| 428 | liyinlong9647 | eijs585@163.com | $250.00 |
| 429 | Luck Brings You | 973635814@qq.com | $521.53 |
| 430 | meyouton | meyouton@sohu.com | $11,951.56 |
| 431 | MultiCommerce Julito | julitoalimana6@hotmail.com | $250.00 |
| 433 | pitupimaoyiyouxiangongsi | wish2@jebolist.com | $443.58 |
| 434 | shixinxin5305 | dlnb242@163.com | $250.00 |
| 435 | Somnus_Global | m_edison@126.com | $250.00 |
| 436 | TheMonroes | stevemonroe14@hotmail.com | $250.00 |
| 437 | wangkuixin0809 | wx2655evhn152@163.com | $52,197.88 |

| 438 | xushu | kk@loscato.com | $372.04 |
| 439 | yanxiajiejie | cyx@dresspro.com | $250.00 |
| 441 | zhaoyidedianpu | arttzhao@hotmail.com | $250.00 |

5.      Any Third Party Providers holding funds for Defaulting Defendants shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.      All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.      Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.      In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Complaint and any e-mail addresses provided for Defaulting Defendants by third parties.

9.    The ten-thousand-dollar ($10,000) bond posted by Plaintiff is hereby released to Plaintiff

or its counsel.  The Clerk of the Court is directed to return the  bond previously deposited

with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated:   March 9, 2023



Jorge L. Alonso
United States District Judge

**Schedule A**

| Doe # | Merchant Name | Merchant ID/Seller Number | Email |
|---|---|---|---|
| 1 | 3N-Home Garder Store | 1101764826 | szsenwei1906@163.com |
| 2 | 520 Houseware Store | 1101365324 | talibaogemty@gmail.com |
| 3 | 7 Days of Life Store | 1101742389 | opaq@rebuyy.com |
| 4 | A different life Store | 1101940018 | yanxikeji83@163.com |
| 5 | A Life Store | 1101658641 | robotstaker@163.com |
| 6 | A-Home-Living Store | 1101553079 | guichi8511792@163.com |
| 7 | Admirer Store | 1101413578 | weipeib2c003@163.com |
| 8 | AGA homeware Store | 1101366323 | sheriecebhtlgns@gmail.com |
| 9 | AJ-9527 Store | 1101770058 | 958268067@qq.com |
| 10 | Ali HouseWare Store | 1101623853 | meijiasaib@126.com |
| 11 | Ali's House Store | 1101366065 | measiarnqjpz@gmail.com |
| 12 | Alice Home-Store Store | 1101977840 | s974497431@163.com |
| 13 | Aliexpress Dreaming House Store | 1101439165 | tanshule@163.com |
| 14 | Anthurium andraeanum Store | 1101679490 | wangxiaofen668@163.com |
| 15 | Areia Store | 1101310729 | 17608735916@163.com |
| 16 | Assembel the house Store Store | 1101796185 | gzqiuze1902@163.com |
| 17 | Beautifulhome Store | 1101377996 | 848527961@qq.com |
| 18 | Beedom Store | 1101439114 | crex3043@163.com |

| 19 | Besson House Store | 1101388670 | clever13042020@aliyun.com |
| 20 | Bhousell Store | 1101353314 | bono@nb-zkls.com |
| 21 | BITFLY dogood. Store | 1100519137 | yinyani2006@hotmail.com |
| 22 | Bizarre Tool Shop Store | 1101739863 | gzruanqi1904@163.com |
| 23 | blessed kitchen Store | 1101303709 | 15067069182@163.com |
| 24 | BOM LIFE Store | 1101886253 | jingfang20210918@126.com |
| 25 | Breeze serein Store | 1101855985 | hsh04@gobuymvp.com |
| 26 | BST Dropshipping Store | 1101795134 | eithe123djej@outlook.com |
| 28 | care4you | 1100886428 | care4you@126.com |
| 29 | CCO Life Store | 1101806048 | liuxuan2524@163.com |
| 30 | Cheapest Store | 1101272283 | 2932223141@qq.com |
| 31 | Cherrys Bags Store | 1101254082 | pifuwedbd1046@126.com |
| 32 | China global merchandise factory Store | 1101530487 | hnkrdzsw0929@126.com |
| 33 | China Town Store | 1101695449 | zhangjiangliang20@163.com |
| 34 | Choi Homeware Store | 1101536749 | szxiezhong1904@163.com |
| 35 | cleanhome Official Store | 1101368181 | smtcleanhome@all-links.cn |
| 36 | Cleaning series Store | 1101981173 | zhanhuanxing2022@163.com |
| 37 | CN 666 tool Store | 1101800616 | gzzhoulian1904@163.com |
| 38 | Comife Store | 1102024380 | abysm3321@163.com |
| 39 | Convenient Life Supermarket 2238 Store | 1101765875 | gztaijie1902@163.com |

| 40 | COSY HM Store | 1101366197 | allen678966@163.com |
| 41 | Crowd Store | 1101245995 | nixlj111862@163.com |
| 42 | CY GGM Store | 1101943881 | zz15604842218@sohu.com |
| 43 | Daily life is Goods Store | 1101335726 | jiseoj01@163.com |
| 44 | Daily necessities123 Store | 1101755629 | gzzhurao1904@163.com |
| 45 | dealsocean store | 1100901857 | xuwenjie102@outlook.com |
| 46 | DeamHunter Daily Life Store | 1100764272 | zmht03@163.com |
| 47 | Delicate Home-XY Store | 1101363931 | huji85223@outlook.com |
| 48 | Don t forget me Store | 1102026928 | 786544018@qq.com |
| 49 | Dream world | 1101211360 | kuhllr33165@126.com |
| 51 | Dropshipping Available Store | 1101724883 | goodboss24@hotmail.com |
| 52 | Dropshipping/Retail Factory Store | 1101811507 | smt@gobuymvp.com |
| 53 | Easeful life Store | 1101543761 | f6fuceng@hotmail.com |
| 54 | Eazy House Store | 1101283812 | yodi_sure@163.com |
| 55 | Embrace the Future Store | 1101787934 | 272521925@qq.com |
| 56 | Environmentally19 Store | 1101611023 | tbu18318@163.com |
| 57 | Eshop Worldwide Store | 1101781812 | 2038898125@qq.com |
| 58 | Essential Life Store | 1101283235 | zxncxnmmlf6@163.com |
| 59 | EZ Housework Store | 1101277153 | zhenshishenfen@outlook.com |
| 60 | EZlifego Store | 1101755938 | yuefu07@outlook.com |

| 61 | Fanomic Store | 1101565832 | sanshjj@163.com |
| 62 | Fashion Global Home Store | 1101916094 | jiujiajiu6666@126.com |
| 63 | Fashion Home 01 Store | 1101912724 | jiujiajiu8888@126.com |
| 64 | Fever 2 Store | 1101564616 | minglang0002@163.com |
| 65 | FHOOM Factory Store | 1101801123 | k18657787282@126.com |
| 66 | Francisco's commodity Store | 1101241394 | honeywine11@hotmail.com |
| 67 | Friends life Store | 1101784166 | gzgaghao1901@163.com |
| 68 | Friendship housewell Store | 1101754560 | nezzle@rebuyy.com |
| 70 | funny life TF Store | 1101682742 | scr1248@163.com |
| 71 | Funnyhome Dropship Store | 1101935354 | b1175715164@163.com |
| 72 | furniture life Store | 1102014937 | wushifang830306@163.com |
| 73 | Gami' Life Store | 1101579075 | xjh20201108dm@163.com |
| 74 | genuine1026 Store | 1101820199 | kangkang10268231@163.com |
| 75 | gjk000-daily necessities Store | 1102050526 | gjk10000@163.com |
| 76 | GLBF Dropship Store | 1101677177 | detectivemingyin@126.com |
| 77 | Global Dropshipping Delivery Store | 1101735951 | yuanyihaoho2021@163.com |
| 78 | Global Homes lifestyle Store | 1101431198 | skybluefeel@outlook.com |
| 79 | Global-Dropshipping Store | 1101349535 | mkahie04@163.com |
| 80 | GlobalHome Store | 1101509205 | tanqionghui@qq.com |
| 81 | Good Luck Dropshipping Store | 1101732806 | 2321177307@qq.com |

| 82 | Gooday Easylife Store | 1101391928 | petdreamer@126.com |
| 83 | GoodLife Dropshipping Store | 1101403175 | alice@szxcxmy.com |
| 84 | GoodLiving Store | 1101370746 | xianaoque55456nb@126.com |
| 85 | gradiend Store | 1101767679 | gradiend@163.com |
| 86 | Halojaju Global Store | 1100901567 | wuzuanbing0758@163.com |
| 87 | hanbun Store | 1102162627 | qulepin3@163.com |
| 88 | Handcraft Painting Store | 1101366387 | yzderunxx02@outlook.com |
| 89 | Handicrafts Supplies Store | 1101546819 | szqinzhaungxin1901@163.com |
| 90 | HaoXiang Store | 1101871290 | smtac005@163.com |
| 91 | Happiness Life Store Store | 1101451046 | oldstein@163.com |
| 92 | Happiness Pig's House Store | 1101542872 | yunqiexian43@163.com |
| 93 | HAPPY LIFE SHOP Store | 1101835588 | xinggainian005@126.com |
| 94 | Healthy Living Hall Store | 1101268340 | ow6gf1dv3fuu@126.com |
| 95 | Hexi Life Tool Store | 1101395806 | dhcbew@outlook.com |
| 96 | HF&Life Store | 1101557830 | m17769934717@163.com |
| 97 | HG08 Store | 1101559332 | zoj03468@163.com |
| 98 | HM-Warm Store | 1101418528 | zthdmsmt48@163.com |
| 99 | HOEADEN Store | 1101770527 | qcp098616@163.com |
| 101 | home home home Store | 1102045648 | home202213@163.com |
| 102 | HomeMuseum Store | 1101393897 | cuduidao3972@163.com |

| 103 | HomeSmarter Store | 1101185220 | 84638988@qq.com |
| 104 | HomeStuff 666 Store | 1101917561 | xinggainian006@126.com |
| 105 | HomeSupplies Drop Shipping Store | 1101543065 | bowheyaryaxaq@gmail.com |
| 106 | House & Love Store | 1101224007 | 849923860@qq.com |
| 107 | HOUSE HAPPIER Store | 1101543654 | e5fuceng@hotmail.com |
| 108 | House Sum Life Store | 1101799096 | tisan3c03@126.com |
| 109 | household 0907 Store | 1101405885 | szfanchen1902@163.com |
| 110 | Household-Dropshipping Store | 1101759341 | gzyangjin1904@163.com |
| 111 | Hunter House Store | 1101281495 | cn1521457112dttd@hotmail.com |
| 112 | HXIN Dropshipping Store | 1101398171 | vdhvda@sina.com |
| 113 | Ivy Day Day Up Store | 1101285749 | szsenxinlong003@163.com |
| 114 | janice'ssupermarket Store | 1101377846 | luisjosesymcoth@gmail.com |
| 115 | JRD Tool Store | 1101292790 | szjingruida004@163.com |
| 116 | JusendaBeyond Lifestyle Store | 1101248156 | jusendahome@outlook.com |
| 117 | jusendaofficial Store | 1101531194 | jusendaofficial@outlook.com |
| 118 | Jx's Art Residence Store | 1101387257 | pilipala48@outlook.com |
| 119 | JZLL616 Store | 1101542546 | szpuyoujia1902@163.com |
| 120 | Kaneki Store | 1101330398 | dfief01@163.com |
| 121 | Kaxiong Store | 1101497771 | 3305581733@qq.com |
| 122 | Konesky S House Assistant Store | 1101436255 | jenson98cn@163.com |

| 123 | LazyWing Store | 1101471921 | 89420678@qq.com |
|-----|----------------|------------|------------------|
| 125 | Le An Ju Store | 1101757988 | 15606992012@wo.cn |
| 126 | Leek House Store | 1102090241 | minglangkeji65@163.com |
| 127 | Lemon Best LED Lighting Co.,Ltd | 1100537564 | eileen1cn@163.com |
| 128 | Life Manual Store | 1101366678 | fahfdsa@outlook.com |
| 129 | Life-M Store | 1101578375 | sgq45160@163.com |
| 130 | Lifelike Store | 1101365430 | fmengda@21cn.com |
| 131 | Lilisnow Life Store | 1101325748 | zhangjiangliang10@163.com |
| 132 | Lisa Store Store | 1101665135 | 355154067@qq.com |
| 133 | Little stars 80 Store | 1101742858 | csw19861126@163.com |
| 134 | Lovely home, Sweet life | 1101199568 | winterming003@gmail.com |
| 135 | Luckys House Store | 1101752409 | rolinda@rebuyy.com |
| 136 | LYWS Store | 1101810983 | qinghehome3@163.com |
| 137 | Magic bid slow life Store | 1101702524 | cxxwjj2d@163.com |
| 138 | Magic Whale Store | 1101438908 | yodi_sure@foxmail.com |
| 139 | Magic whlale Dropshipping Store | 1101678558 | nanoclothes@163.com |
| 140 | Magical-Home Store | 1101403090 | ztshengyan1@163.com |
| 141 | Magical-kitchen Store | 1101954618 | zhiqiangshengyan@163.com |
| 142 | MAREASTELEOR CreativeLife Store | 1102112707 | MarkethubZzz@outlook.com |
| 143 | MAREASTELEOR Official Store | 1101819501 | mareasteleor@126.com |

| 144 | MAREASTELEOR Store | 1102108816 | MAREASTELEOR@163.com |
| 145 | Markethub Store | 1101565457 | andyzhong100@126.com |
| 146 | May Shops Store | 1101803957 | lin10190000lin@163.com |
| 147 | May's wholesale store | 1100899737 | akxqda75923@163.com |
| 148 | Measuring Tool IM Store | 1101761307 | gzweiqiao1901@163.com |
| 149 | Mi home like Store | 1101997624 | qzanmu2022@163.com |
| 150 | MI Youpin Pets Store | 1101808632 | 3023266846@qq.com |
| 151 | Mintiml Life Store | 1101370401 | mintimlstore2@heippy.com |
| 152 | Mo Zhou Store | 1101830974 | bfxmy11@163.com |
| 153 | Mr. Good's shop Store | 1101964283 | maifawangluo02@sina.com |
| 154 | Mr. Tool Dropship Store | 1101278245 | fanglinman4@outlook.com |
| 155 | Mr. TOOl Store | 1101409627 | yilvzhinian@hotmail.com |
| 156 | Mu Chaike Win Store | 1102035157 | chailipan880812@163.com |
| 157 | MY Wonnabuy Store | 1101423400 | wzy1262@126.com |
| 158 | NCJusenda Lifestyle Store | 1101118480 | yolanda824@hotmail.com |
| 159 | New Day Home-Life Store | 1101391473 | joannbvkplo@gmail.com |
| 160 | New life 88 Store | 1101359622 | 2132390948@qq.com |
| 161 | NicoNico Store | 1101921413 | yanxikeji46@163.com |
| 162 | Noventy Store | 1101765574 | 2403249272@qq.com |
| 163 | ome Store | 1101576407 | lian6879sun@163.com |

| 164 | OneTree Store | 1101268568 | rili89@outlook.com |
| 165 | OOTD HOUSE Store | 1101583479 | szxiaosheng1901@163.com |
| 166 | PandaFamily Dropshipping Pro Store | 1101307199 | zhaoniuniuu@outlook.com |
| 167 | Papa Bingbing Store | 1101366427 | costellrmxzcn@gmail.com |
| 168 | PGY Official Store | 1102039168 | fangqingzhijian02@163.com |
| 169 | QHome668 Store | 1101796027 | hnyhsm28@163.com |
| 170 | Quality Living Store | 1101012082 | mylovezhengbeibei@126.com |
| 171 | Raindrop shop Store | 1101347844 | 2089493646@qq.com |
| 172 | Red stars shine Store | 1101822432 | cyl17345520@126.com |
| 173 | RHXBAI Official Store | 1101509479 | ruanyixing1030@163.com |
| 174 | RX HOUSE GARDEN Store | 1101752486 | beyourselfonproducts45@hotmail.com |
| 175 | Sanny Garden Store | 1101429269 | weikaib2c024@qq.com |
| 176 | Scret Garden Store | 1101853526 | 1127789283@qq.com |
| 177 | SElune Store | 1101343488 | 252320350@qq.com |
| 178 | SGATE Exquisite Life Store | 1101657771 | closser_2019@qq.com |
| 179 | Shibao Kitchen and Pets Products Store | 1101786536 | shibaodianshang@163.com |
| 180 | Shimi Homen Store | 1101342624 | dtairun@outlook.com |
| 181 | SHome improvement Store | 1101678999 | gzjiangang1901@163.com |
| 182 | shop as you pleases Store | 1101826025 | pumeng_202103@163.com |
| 183 | SHOP IVAN Store | 1102014925 | jack20220225@163.com |

| 184 | Shop1100316120 Store | 1102038465 | LX541853240@126.com |
| 185 | Shop1100335011 Store | 1102038909 | badadianzi006@163.com |
| 186 | Shop1100351304 Store | 1102043111 | 3553582212@qq.com |
| 187 | Shop1100390353 Store | 1100386348 | 3551609971@qq.com |
| 188 | Shop1102058388 Store | 1102059407 | 907916481@qq.com |
| 189 | Shop1102086107 Store | 1102093057 | nz4649938zheping@163.com |
| 190 | Shop1102086442 Store | 1102090435 | cxg0503@163.com |
| 191 | Shop31936 Store | 1101543652 | szhebeitong1902@163.com |
| 192 | Shop4991603 Store | 1101926448 | mondayli2021@outlook.com |
| 195 | Shop5586036 Store | 1101372955 | mgznl5052aoh@163.com |
| 196 | Shop5661709 Store | 1101917915 | szq601072501@163.com |
| 197 | Shop5717114 Store | 1101379795 | dfsaq2@163.com |
| 198 | Shop5791696 Store | 1101934750 | szq601072501@126.com |
| 199 | Shop5791698 Store | 1101934293 | szq601072501@yeah.net |
| 200 | Shop5881304 Store | 1101914908 | szq601072501@outlook.com |
| 201 | Shop906671 Store | 1100452216 | noveltystore@hotmail.com |
| 202 | Shop910614027 Store | 1101548021 | xindan1905@163.com |
| 203 | Shop911040053 Store | 1101567605 | szyiyuxun1903@163.com |
| 204 | Shop911251357 Store | 1101591671 | 260487496@qq.com |
| 205 | Shop911603042 Store | 1101660107 | ou18874825321@163.com |

| 206 | Shop912625965 Store | 1101941786 | aa15604842218@163.com |
| 207 | Shunxin Dropshipping Store | 1101954192 | xinlishun29@gmail.com |
| 208 | Still New Houses Store | 1101824041 | smtlgdwlyxgs4@163.com |
| 209 | SuperTop Dropship Store | 1101525615 | dogbrotherhome@163.com |
| 210 | Surprise Tools Store | 1101278609 | xinxiangyin4@hotmail.com |
| 211 | Tooyoo Daily Commodity Store | 1101362337 | fuguizhubaba@outlook.com |
| 212 | transportation-up Store | 1101545358 | zhilincong4@163.com |
| 213 | TucuxiLove Store | 1101320754 | mishuhome@163.com |
| 214 | Twotry Store | 1101753137 | 502454736@qq.com |
| 215 | UWEQZX Store | 1101946115 | yanxikeji80@163.com |
| 216 | VEKTECH Tool Factory Direct Store | 1101237996 | uebcompany@126.com |
| 217 | Vismoore Store | 1101507957 | vismooresmt@163.com |
| 218 | VOEAEL Official Store | 1101404998 | kappeler02@163.com |
| 219 | Von666 Store | 1101904488 | rln784607@163.com |
| 220 | VVIP Life Store | 1101282503 | k08378301@163.com |
| 221 | Waffli Official Store | 1101796402 | kappeler03@163.com |
| 222 | Warm for you Store | 1101778767 | gzyuanjian1901@163.com |
| 223 | Warm House Life Store | 1101307909 | shaoweironglian@163.com |
| 224 | Warm-Home Decor Drop Shipping Store | 1101554027 | d45ua565w5hz@126.com |
| 225 | Warm-Home Drop Shipping Store | 1101276930 | goodsell2017@outlook.com |

| 226 | WE WE Store | 1101460967 | 3074151756@qq.com |
| 227 | Windfall Life Store | 1101754923 | allinecommercestore2121@hotmail.com |
| 228 | XGWN Factory Dropshipping Store | 1102045624 | xgwanna4@163.com |
| 229 | Xiaomi Home official Store | 1102009547 | jbw12356@163.com |
| 230 | XingHai 001 Store | 1101824301 | xinggainian003@126.com |
| 231 | XO02 Store | 1101278278 | zhenglanglang05@163.com |
| 232 | Yibeilife Store | 1101349364 | yibeidongguan@163.com |
| 233 | Yocada Official Store | 1101474294 | kouzhaodian@all-links.cn |
| 234 | You .Xuan Store | 1101842171 | joyment47@163.com |
| 235 | Young Life Store | 1101908754 | jiujiajiu88@126.com |
| 237 | Your BestTOOLs Store | 1101821710 | gzxuanji1901@163.com |
| 238 | Your Residence Assistant Store | 1101366426 | joscelynetjveaj@gmail.com |
| 239 | YUM HOUSE Store | 1101886995 | manlintx03@163.com |
| 240 | Yuncang Store | 1101904469 | smtwt01@163.com |
| 241 | Z&Y Store | 1101321574 | szshiyida1901@163.com |
| 242 | Zezzo houseware and tool official Store | 1101957560 | baihua03@gobuymvp.com |
| 243 | Zhao Z Store | 1101638888 | potential_infinity@163.com |
| 244 | Zoe Decor Store Store | 1101905439 | shubazg53@163.com |
| 245 | CADIA ELegance | A3UTVOSSR1ZLFW | xichangshi2021@126.com |
| 246 | hexiudian559 | A3LCKXK1VP22VQ | junjuun589@126.com |

| 247 | RuiDongDeShangCheng | A1KMN8BSVFPJHB | ruidongvcdbeimei@hotmail.com |
| 248 | Y J FASHOP | A374P2NN6ZIG7M | yanjianfeng2019jp@hotmail.com |
| 249 | B2b_beautiful | 20329460 | 3169312216@qq.com |
| 250 | Bingdundun | 21764273 | year@bde.net.cn |
| 251 | christmas ornaments | 19878095 | 493103334@qq.com |
| 252 | DHgate Recommended Store | 20405224 | 2324618955@qq.com |
| 253 | Hx2020 | 21223536 | lihaomx@foxmail.com |
| 254 | Ifxo | 21800742 | cheapecig@126.com |
| 255 | liangjingjing_no1 | 19994194 | jinjin.shuai@qq.com |
| 256 | liangjingjing_no3 Store | 19994515 | jinjin.shuai@qq.com |
| 257 | liangjingjing_socks Store | 20230537 | 15356917167@163.com |
| 258 | Lixin2018 | 21260543 | 2544714848@qq.com |
| 259 | Lovestore0830 | 21780114 | Lucassun@babyonlinedress.cn |
| 260 | Mr_auto | 21014029 | 15669560135@163.com |
| 261 | Mr_cars | 21014165 | 15669560135@163.com |
| 262 | Niao10 | 21753454 | dhziniao@163.com |
| 263 | Nsmtf0a | 14935152 | nsdielianhua@outlook.com |
| 264 | Omn006 | 21575022 | 481756198@qq.com |
| 265 | Sd002 | 20752802 | 3209747955@qq.com |
| 266 | Sd003 | 20830011 | 3209747955@qq.com |

| 267 | Sd007 | 21209607 | 271793465@qq.com |
| 268 | Trad187 | 21655491 | 3247989784@qq.com |
| 269 | Trustseller_02 | 21476506 | lichunxing1992@163.com |
| 271 | 9-store | 9-store | aurtrxxj@gmail.com |
| 273 | aftzg773 | aftzg773 | aftzg7721fzq@163.com |
| 274 | anjing.jgarden | anjing.jgarden | chuwazipet95391@163.com |
| 275 | aosha_80 | aosha_80 | aoshanmu205@163.com |
| 278 | atk_cart | atk_cart | amaltharanga2208@gmail.com |
| 279 | avhamaw0 | avhamaw0 | avivahamawicobe@gmail.com |
| 280 | avifern-80 | avifern-80 | avishkafe632@gmail.com |
| 281 | aw-store_0 | aw-store_0 | awstore80@gmail.com |
| 282 | bestnewlife | bestnewlife | sdgoodvoice3@163.com |
| 284 | bigdealz_2 | bigdealz_2 | madusankabs125@gmail.com |
| 285 | blue_husky_stores | blue_husky_stores | blue.husky.stores@gmail.com |
| 286 | bpvll9 | bpvll9 | bpvll924ydp@163.com |
| 287 | buysafety | buysafety | sobolevskij91@mail.ru |
| 288 | ceylon_plaza16 | ceylon_plaza16 | ceylonplaza16@gmail.com |
| 289 | chaawi_store | chaawi_store | chathuraabiman11@gmail.com |
| 290 | chanuh31 | chanuh31 | chanuhashan85@gmail.com |
| 292 | cleobella_online | cleobella_online | cleobellaonlinestore@gmail.com |

| 293 | congta-90 | congta-90 | congtanque205@163.com |
| 294 | dessank269 | dessank269 | sankadeshan1@gmail.com |
| 295 | dfdiqi05 | dfdiqi05 | dfqi0748962@163.com |
| 296 | dhamfern63 | dhamfern63 | sadunkasun671@gmail.com |
| 297 | dilsha88-418 | dilsha88-418 | dilshanwelgama88@gmail.com |
| 299 | dp_outdoor | dp_outdoor | myebay.damith@gmail.com |
| 300 | dra.582 | dra.582 | draonlinebusi@gmail.com |
| 301 | dushmban_0 | dushmban_0 | ceylonid9002@gmail.com |
| 303 | enuoyan2 | enuoyan2 | yenuoyan2599@163.com |
| 304 | equickmart | equickmart | edenadir145@gmail.com |
| 305 | eshop2may | eshop2may | shop2may@gmail.com |
| 306 | eugiftdirectoy | eugiftdirectoy | giftdirectoy@163.com |
| 307 | family_yazi | family_yazi | renhanping043@163.com |
| 308 | fancy_storesl | fancy_storesl | fancysl.store@gmail.com |
| 310 | fasxxx | fasxxx | liyaoping88@outlook.com |
| 311 | firsttop20 | firsttop20 | firsttop2020@163.com |
| 312 | focus_on_mall | focus_on_mall | focusonmall110@hotmail.com |
| 314 | future_mart22 | future_mart22 | chathuramalindu@gmail.com |
| 315 | gantak | gantak | win3may@gmail.com |
| 316 | getmore-store | getmore-store | nuwangeethaka1234@gmail.com |

| 317 | goodies5 | goodies5 | neringapardaveja@gmail.com |
| 318 | gtlifestyle | gtlifestyle | gtulip.lifestyledesign001@gmail.com |
| 319 | haikouyouyutiandianz0 | haikouyouyutiandianz0 | xianjianpn2282@163.com |
| 321 | hansi_mart01 | hansi_mart01 | hansimart01@gmail.com |
| 322 | hashis-market | hashis-market | hashi10nawod@gmail.com |
| 323 | heart_thesun | heart_thesun | heartothesun137@hotmail.com |
| 326 | hettiarachch74 | hettiarachch74 | hettiarachchigeappuhamy96@gmail.com |
| 328 | hihappy626 | hihappy626 | hihappy369@outlook.com |
| 329 | hk_global | hk_global | hkglobal1008@gmail.com |
| 330 | huanliu369 | huanliu369 | liuhuan25@outlook.com |
| 331 | i-fashion2020 | i-fashion2020 | chanyuqinglian7ku@163.com |
| 332 | ihop59 | ihop59 | ihopeetik@outlook.com |
| 333 | inspiration_you | inspiration_you | inspirationbyou140@hotmail.com |
| 334 | jafvi98 | jafvi98 | jafvibes99@gmail.com |
| 335 | jiaoq-92 | jiaoq-92 | jiaoqieke8@163.com |
| 336 | joseph-shop10 | joseph-shop10 | youssef.elazz10@gmail.com |
| 337 | jueying_2 | jueying_2 | nmnsgc84447@163.com |
| 338 | kkff_15 | kkff_15 | kkffeng18@outlook.com |
| 339 | lakhub4u | lakhub4u | lakhub4u@gmail.com |
| 340 | lalsudha0 | lalsudha0 | lalanisudharshani69@gmail.com |

| 341 | langye | langye | langyuan0707@outlook.com |
| 342 | lianjia-wa | lianjia-wa | zhaijiaozhi884@163.com |
| 343 | lovesh159 | lovesh159 | lovesm159@outlook.com |
| 345 | lvllan1989 | lvllan1989 | lvllan@outlook.com |
| 346 | m.cloud-2 | m.cloud-2 | hongjia7952149494@163.com |
| 348 | mahasumalja0 | mahasumalja0 | belgard.solutions@gmail.com |
| 349 | mallikastores-online | mallikastores-online | mallikastoresonline@gmail.com |
| 350 | malrav23 | malrav23 | malithravimal2001@gmail.com |
| 351 | merkmak0002 | merkmak0002 | merkmak002@163.com |
| 352 | mingd7529 | mingd7529 | mingdsun12@outlook.com |
| 354 | miss_you14 | miss_you14 | yeke2712193@163.com |
| 355 | nackas-store | nackas-store | nackas888@outlook.com |
| 356 | nawo_54_0 | nawo_54_0 | storeshamali87@gmail.com |
| 357 | newtoyo-59 | newtoyo-59 | newtoyou.dealz@gmail.com |
| 360 | pitaal8_43 | pitaal8_43 | pitaal8718dpnj@163.com |
| 361 | power-house-store | power-house-store | mfqdl910pdet@163.com |
| 362 | power.st2 | power.st2 | powerhouse.marketing.ltd@gmail.com |
| 363 | qitds2019 | qitds2019 | qichenxia916@outlook.com |
| 364 | riders_cart | riders_cart | azmat@gsintern.com |
| 365 | sach_online_store | sach_online_store | sissamare@gmail.com |

| 366 | sachi-store95 | sachi-store95 | sachidigitalarts@gmail.com |
| 367 | sajee-onlineshopping | sajee-onlineshopping | sajeeonlineshopping@gmail.com |
| 368 | samanthchandr0 | samanthchandr0 | vsc.onlinestore01@gmail.com |
| 369 | savan_lk94 | savan_lk94 | savan.webteam@gmail.com |
| 370 | seems_allgood | seems_allgood | seemsallgood135@hotmail.com |
| 371 | shang-kb5 | shang-kb5 | kuianbbdid93418@163.com |
| 372 | shaniri43 | shaniri43 | shanthaniriella@gmail.com |
| 373 | shavinda74 | shavinda74 | chanirusilva74@gmail.com |
| 374 | shop_me_stores | shop_me_stores | shopmestores21@gmail.com |
| 375 | shopado | shopado | sine6340@gmail.com |
| 378 | simanmerupiy_0 | simanmerupiy_0 | simanmerupathirana2@gmail.com |
| 379 | sixplusix66 | sixplusix66 | sixplussixperfect@outlook.com |
| 380 | slinkyss68 | slinkyss68 | slinkyss66@gmail.com |
| 381 | storekrishan01 | storekrishan01 | storeanura67@gmail.com |
| 382 | sunnyday_april | sunnyday_april | sunnydayinapril132@outlook.com |
| 383 | sunxiao50 | sunxiao50 | sunxiaoqing113@outlook.com |
| 384 | supu.viran | supu.viran | svirantha@gmail.com |
| 385 | thel5045 | thel5045 | thelastnb@outlook.com |
| 386 | urbaneplaza | urbaneplaza | ramrox.ad@gmail.com |
| 387 | viraj-28 | viraj-28 | vikumrp@gmail.com |

| 388 | w-50kg | w-50kg | qpvhmn@163.com |
| 389 | wasanda-64 | wasanda-64 | isandaruwan23@yahoo.com |
| 390 | wendyjoe-3 | wendyjoe-3 | fqh843877@163.com |
| 391 | wendyjoe-4 | wendyjoe-4 | em3015488@163.com |
| 392 | weyiqi | weyiqi | yiqiltd@outlook.com |
| 394 | xlz895 | xlz895 | xlzh16@outlook.com |
| 397 | yitzchaeiche-0 | yitzchaeiche-0 | ncr5016690@gmail.com |
| 398 | yoloday | yoloday | yolo_days@outlook.com |
| 399 | zeihomegarden | zeihomegarden | zeihomegardening@163.com |
| 400 | ziqiu62 | ziqiu62 | sunxiaohui866@outlook.com |
| 401 | zjz145 | zjz145 | zjz19631@outlook.com |
| 402 | zyyltd_17 | zyyltd_17 | zyyltd4019aoo@163.com |
| 403 | ---Nathaniel K. Vasquez- | 5e70ccdb29e78641ff979455 | ron1896@163.com |
| 404 | Akiras | 617c440a2b565d9ea5d450db | xavialonso3k@hotmail.com |
| 405 | Armario vitange | 617c10da9a38af75c8d15f2b | vilmarys10@outlook.com |
| 407 | bamboos | 571479d6483ee6548f1f653e | ghbvcff@163.com |
| 408 | Barbeblea | 615e5f61e71164273f4f5a85 | bleatse@hotmail.com |
| 409 | Barber Canavero | 618433f294f6ba7a5817aa48 | saavedra.luz@aol.com |
| 410 | caldoin | 61772fba7003927fbc852010 | ceciliasi40@outlook.com |
| 411 | Cheap Cheapness | 5405366a1d2d435c5430033b | cc_wish07@126.com |

| 413 | dashenxiaoxiaoxing | 57d366b0197797100fdfe45b | 1443515428@qq.com |
| 414 | Decoración nahum | 615f7fd86483001f44a35f31 | humdre67@hotmail.com |
| 415 | DUyonghui | 609f4c551ccac146c1ddb9a2 | citny39@163.com |
| 416 | fangyulian6503 | 60a75dc348303d19099d0630 | cbbzd77@163.com |
| 417 | Fashion Lemon Store | 61dc331003862033a28b2266 | njyanchunyan@163.com |
| 419 | fibrecorrosion | 5ed7302a5b99b004a941b30d | fibrecorrosion@163.com |
| 420 | foshan dinghan graphic co.,ltd | 554252b5fd325b0c100b04ed | restal001@163.com |
| 421 | Fun Snap Co.,Limited | 5661a46b3aa6ad4c97ebe02c | zhoujiacui2016@hotmail.com |
| 424 | Household goods | 57482aa1f882215cdd81569d | wangdoudian2016@hotmail.com |
| 425 | Igor Car Service | 60d6efbf408b5d058032f46b | igorcarservice@outlook.com |
| 426 | Kingdetector | 573ec63210e0b559490fd1dc | qilekeji@outlook.com |
| 427 | ksdoirokr | 5e54c3fed0a3ba591e8657e8 | xingguan683674qi@163.com |
| 428 | liyinlong9647 | 60b320fdd7ef45094890f983 | eijs585@163.com |
| 429 | Luck Brings You | 5e2eb3ea7c168a79052385b2 | 973635814@qq.com |
| 430 | meyouton | 56d50e4ae1e6a016021e9771 | meyouton@sohu.com |
| 431 | MultiCommerce Julito | 60d9d2ebb4b16c45367e655f | julitoalimana6@hotmail.com |
| 433 | pitupimaoyiyouxiangongsi | 566147a78e48c723ff7227c8 | wish2@jebolist.com |
| 434 | shixinxin5305 | 60b1d0d344b548cb37a4bcb7 | dlnb242@163.com |
| 435 | Somnus_Global | 609f4d114625e37a383dd93d | m_edison@126.com |
| 436 | TheMonroes | 5fd8c18756a4318e68ef15b0 | stevemonroe14@hotmail.com |

| 437 | wangkuixin0809 | 5fe5ab2a7df3a53913e10f4b | wx2655evhn152@163.com |
| 438 | xushu | 58edf2883ef7bc22e55eb4d6 | kk@loscato.com |
| 439 | yanxiajiejie | 5a740f3c1baafe50935b0564 | cyx@dresspro.com |
| 441 | zhaoyidedianpu | 58f4546fb6222e11ad5a3821 | arttzhao@hotmail.com |